# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LORENZO JEFFERSON #355182,<br>Petitioner | CIVIL DOCKET NO. 5:22-CV-00939 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WARDEN HOOPER,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 10], and after a de novo review of the record, including the Objection filed by Petitioner [Record Document 11], having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Record Document 1] is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS, DONE AND SIGNED** in Chambers this 21 day of March 2022.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE